ROBERT J. ANAYA  SBN# 153195
Law Offices of Robert J. Anaya
1315 I Street
Modesto, CA  95354
Tel: (209) 522-7500
Fax: (209) 522-7532

Attorney for Plaintiff,
ALFONSO ZABALA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO ZABALA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF CERES, CERES DEPARTMENT OF PUBLIC SAFETY, OFFICER KLINGE, first name unknown, and DOES 1-20,<br><br>　　　　　　Defendants. | CASE NO.: 1:15-CV-00904-GEB-SAB<br><br>**FIRST AMENDED COMPLAINT FOR DAMAGES**<br><br>1.　VIOLATION OF CIVIL RIGHTS, 42 U.S.C. SECTION 1983;<br>2.　CAL CIV CODE 52.1, 52.3<br>3.　BATTERY;<br>4.　UNLAWFUL ARREST;<br>5.　FALSE IMPRISONMENT;<br>6.　NEGLIGENCE |

Plaintiff ALFONSO ZABALA hereby files its First Amended Complaint for Damages and alleges as follows against Defendants CITY OF CERES and CERES DEPARTMENT OF PUBLIC SAFETY, and OFFICER KLINGE, first name unknown, as follows:

### JURISDICTION AND VENUE

1. This action is brought under 42 U.S.C. § 1983. Plaintiff also asserts various state civil rights claims and tort violations.

2. Jurisdiciton is proper in this court because the acts and/or omissions which give rise to Plaintiff's claims occurred in the County of Stanislaus, California.

3. Plaintiff has complied with applicable state statutes for presenting his claim and timely files this action in compliance with the requirements of Section 905 of the California Government Code.

## PARTIES

4. Plaintiff is, and at all times herein mentioned, was a resident of the County of Stanislaus, State of California.

5. Defendant CITY OF CERES is at all times herein mentioned, was a municipal corporation, duly organized under the laws of the State of California and situate in the County of Stanislaus, State of California, and which owns, operates, manages, directs, and controls the CERES DEPARTMENT OF PUBLIC SAFETY, and thereby employs the named Defendants and DOES 1-20, inclusive.

6. Defendant CERES DEPARTMENT OF PUBLIC SAFETY, is and at all times herein mentioned, was a business entity, form unknown but created by and formed under authority of said defendant CITY OF CERES, and thereby authorized to act within the course and scope of agency and employment thereunder.

7. Defendant OFFICER KLINGE, first name unknown, is an individual, who at all times herein mentioned, was an adult over the age of 18 years, a resident if California, and an employee of defendant CITY OF CERES and CERES DEPARTMENT OF PUBLIC SAFETY as a police officer, and in doing the acts herein described, acted within the course and scope of his employment, and under color of state law. He is sued herein in his individual capacity.

8. Plaintiff is ignorant of the true names and capacities of defendants sued herein as DOES 1-20, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when the same has been ascertained. Plaintiff is informed and believes and thereon alleges that each of the defendants sued under fictitious names are responsible in some manner for the occurrences herein alleged, and that each reference in this First Amended Complaint to "defendant", "defendants" or a specifically named defendant refers also to all defendants sued under fictitious names.

9. Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, each of the defendants sued under fictitious names was the agent and employee of each of the remaining defendants, and in doing the things hereinafter alleged, was acting within the course and scope of this agency or employment and that plaintiff's damages as herein alleged were proximately caused by those Defendants and each of them.

## FIRST CAUSE OF ACTION

## [DAMAGES FOR DEPRIVATION OF FEDERAL RIGHTS, 42 U.S.C. § 1983]

### (Against All Defendants)

10. Plaintiff re-alleges and incorporates by reference each allegation set forth in paragraphs 1 through 9.

11. On or about December 29, 2013, plaintiff was lawfully visiting his friends as an invited guest at a private residence located at 2801 Della Drive, Apt. 401, Ceres, County of Stanislaus, State of California. A medical emergency arose to an individual guest present and emergency services were thereupon summoned.

12. Defendants, CITY OF CERES AND CERES DEPARTMENT OF PUBLIC SAFETY, and OFFICER KLINGE, first name unknown, and DOES 1-20, responded to the location for the medical emergency.

13. Upon entering the private residence, Defendant OFFICER KLINGE, first name unknown, and another officer, full name presently unknown, demanded identification from the lawful tenant and guests at said premises, without sufficient cause. The lawful tenant stated he resided in the premises and indicated he had not summoned police officers to his residence; he had only summoned emergency medical aid for an unresponsive guest. OFFICER KLINGE, first name unknown, became visibly annoyed that the lawful tenant did not wish to provide photo identification or permit him immediate, unfettered access to his leased premises. Emergency medical personnel were nearby but had not yet entered the premises. The police officers entered against the wishes of the lawful tenant, even if they entered only for purposes related to rendering aid to the unresponsive person. After a period of time in the resident's living room, with the tenants and their guests in

full view, OFFICER KLINGE, first name unknown, demonstrated his displeasure in full view of the lawful tenants and guests, then abruptly turned around and deliberately punched Plaintiff repeatedly in the face without cause or legal justification.

14. At no time during these events recited and alleged above did Plaintiff attempt to flee, exhibit violent or aggressive behavior, pose any threat to anyone, or resist arrest or fight back in any manner whatsoever. Regardless, while Plaintiff was on the living room floor, totally helpless and restrained in the custody of defendant OFFICER KLINGE, first name unknown, OFFICER KLINGE repeatedly punched Plaintiff in his head and body. Defendant further verbally and physically, and unreasonably and unnecessarily abused and harmed Plaintiff as will be shown according to proof.

15. Plaintiff did not try to resist, obstruct, or delay OFFICER KLINGE, first name unknown, in performing any duties of a peace officer.

16. Plaintiff had attempted to cover his head and body from the attack by OFFICER KLINGE, first name unknown, but was caught by surprise and suffered numerous contusions and lacerations to his head and body. The other responding officer inside the premises acted similarly and together, they both handcuffed the lawful tenant and this Plaintiff.

17. In doing the aforesaid acts, Defendants acted with intent to commit unreasonable force and battery upon Plaintiff and make contact with Plaintiff's head and body.

18. During the entirety of the events recited and alleged above, the other responding officer, full name unknown, observed, acquiesced, assisted, ratified, and facilitated the conduct of Defendant OFFICER KLINGE, first name unknown, by failing to intervene in any manner to protect the persons and/or rights of Plaintiff.

19. Plaintiff is informed and believes and thereon alleges that at the time of the above-described events and at all times mentioned herein, that OFFICER KLINGE, last name unknown, and other Defendants had no warrant for the arrest of Plaintiff or other facts or information that constituted probable cause that Plaintiff ever

committed or was about to commit any crime upon which to base any lawful arrest; nor did Defendants have any facts or information that constituted a reasonable suspicion that Plaintiff was involved in any unlawful activity so as to provide grounds for any detention or restraint whatsoever on Plaintiff's freedom of movement, and that Plaintiff's detention and arrest, were therefore unlawful.

20. OFFICER KLINGE, first name unknown, seized and arrested Plaintiff at said premises, without any warrant or order of commitment, or any other legal authority of any kind, because Plaintiff had not committed any crime or public offense. Defendant OFFICER KLINGE, first name unknown, accused Plaintiff of committing a criminal offense when in fact, no offense had occurred, nor did defendant have probable cause to believe it occurred, or that Plaintiff committed any crime.

21. After assaulting and battering Plaintiff, OFFICER KLINGE, first name unknown, detained and arrested Plaintiff without any legal justification. Plaintiff and the lawful tenant were later released and no criminal charges were ever filed by the District Attorney of Stanislaus County. In doing the acts as alleged above, Defendants further acted with the intent to make contact with Plaintiff's person, and thereupon detained and arrested him without any lawful justification.

22. Defendant OFFICER KLINGE, first name unknown, delivered Plaintiff to the Stanislaus County jail, Stanislaus County, California, where Plaintiff was imprisoned from December 29, 2013, to December 30, 2014, when Plaintiff was finally released.

23. At no time did Plaintiff consent to any of the aforesaid acts by Defendants.

24. The conduct herein alleged of defendant OFFICER KLINGE, first name unknown, and DOES 1-20, inclusive, and each of them, was perpetrated upon Plaintiff with intent, malice, and without provocation, or in the alternative, was done in reckless disregard of Plaintiff's rights. Each and every use of force described herein was without warning to Plaintiff and was objectively unreasonable under the circumstances. Each defendant either personally used unreasonable belief and

5
FIRST AMENDED COMPLAINT FOR DAMAGES; BATTERY, UNLAWFUL ARREST; FALSE IMPRISONMENT;
VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. SECTION 1983
PUNITIVE DAMAGES; ATTORNEY'S FEES

unnecessary force upon Plaintiff, or authorized, ratified, or contributed to such conduct.

25. The conduct herein alleged of defendant OFFICER KLINGE, first name unknown, and DOES 1-20, inclusive, and each of them, was perpetrated upon Plaintiff negligently in that said defendants failed to use reasonable care to ensure no excessive force was used on Plaintiff. Each and every use of force described herein was without warning to Plaintiff and was objectively unreasonable under the circumstances. Each of these defendants either personally used unreasonable belief and unnecessary force upon Plaintiff, or authorized, ratified, or contributed to such conduct.

26. Plaintiff is informed and believes and on information and belief alleges that defendants and other police officers of the CITY OF CERES and CERES DEPARTMENT OF PUBLIC SAFETY, including DOES 1-20, inclusive, have given false statements, filed false police reports, improperly completed Use of Force reports, concealed material information, improperly investigated this matter, and have otherwise attempted to cover up theirs and other officers' misconduct, violations of Constitutional rights, and other tortious and unlawful conduct. False testimony by Defendant OFFICER KLINGE, first name unknown, caused Plaintiff to sustain harm and suffer injuries.

27. Plaintiff filed a Citizen's Complaint with the CITY OF CERES and CERES DEPARTMENT OF PUBLIC SAFETY. He cooperated fully in providing all requested information to those Defendants. Despite representations that he would be promptly apprised of the conclusions reached as a result of the "investigation", Defendants CITY OF CERES and CERES DEPARTMENT OF PUBLIC SAFETY has intentionally and fraudulently failed to advise Plaintiff in that regard, falsely claiming that it would be investigated and "handled", although more than one year has now passed since the events herein.

28. Plaintiff is informed and believes and on information and belief alleges that defendants CITY OF CERES and CERES DEPARTMENT OF PUBLIC SAFETY,

including DOES 1-20, inclusive, have received numerous complaints and have extensive additional information concerning use of excessive force and other acts of misconduct in violation of the rules and procedures of the CITY OF CERES and CERES DEPARTMENT OF PUBLIC SAFETY, and the rights of the public, committed by various CITY OF CERES AND CERES DEPARTMENT OF PUBLIC SAFETY police officers, including but not limited to multiple such acts by Defendant OFFICER KLINGE, first name unknown, and DOES 1-20.

29. Defendants CITY OF CERES and CERES DEPARTMENT OF PUBLIC SAFETY, and DOES 1-20, and each of them, by their deliberate acts, reckless conduct, and negligence in failing to train supervise, discipline, and/or investigate complaints and/or charges against CITY OF CERES and CERES DEPARTMENT OF PUBLIC SAFETY officers, including, but not limited to, Defendant OFFICER KLINGE, first name unknown, and DOES 1-20, proximately caused injuries to plaintiff.

30. Plaintiff is informed and believes and thereon alleges that at all times herein alleged, it was the custom and policy of the Defendants CITY OF CERES and CERES DEPARTMENT OF PUBLIC SAFETY and their officers to permit the use of excessive force against citizens. This custom and policy is evidenced by the CITY OF CERES and CERES DEPARTMENT OF PUBLIC SAFETY failure to train, supervise, discipline and/or investigate complaints and/or charges against its officers who had, and/or have known propensities for violence and excessive force and for violating the Constitutional rights of citizens.

31. Defendants CITY OF CERES and CERES DEPARTMENT OF PUBLIC SAFETY and DOES 1-20, and each of them, as a matter of policy, practice and custom, have with deliberate indifference to the rights of California residents, including Plaintiff, failed to use adequate hiring, disciplinary and firing procedures, thereby resulting in negligent and/or reckless hiring and/or retention of Defendants OFFICER KLINGE, first name unknown, and DOES 1-20. Among other things, Defendants CITY OF CERES and CERES DEPARTMENT OF PUBLIC SAFETY and DOES 1-20 failed

to adequately and properly address prior complaints regarding excessive force by Defendants OFFICER KLINGE, first name unknown, and DOES 1-20.

32. The acts herein described of Defendant OFFICER KLINGE, first name unknown, and DOES 1-20, and each of them, were ordered, approved, tolerated, authorized, directed and/or ratified by policy making officers for Defendants CITY OF CERES and CERES DEPARTMENT OF PUBLIC SAFETY.

33. Plaintiff alleges on information and belief that the conduct of the individual defendants was intentional, reckless, and oppressive and was done with the intention of depriving Plaintiff of his constitutional rights. The acts of the individual defendants, therefore, are such that punitive damages should be imposed against them in an amount commensurate with the wrongfulness of their conduct as alleged herein.

34. On or about May 22, 2014, Plaintiff mailed a claim in the amount of $75,000.00 to Defendants CITY OF CERES and CERES DEPARTMENT OF PUBLIC SAFETY through its designated claims representative, for the injuries and damages suffered and incurred by him by reason of the above-described occurrence, all in compliance with the requirements of Section 905 of the Government Code. A copy of the claim is attached hereto as Exhibit "A" and made a part hereof.

35. On or about June 23, 2014, Defendant CITY OF CERES rejected Plaintiff's claim in its entirety and on June 27, 2014, served its notice of rejection of claim to Plaintiff via United States mail. Plaintiff has therefore complied with the statute of limitations prior to filing this action.

36. As a direct and proximate result of the aforesaid acts, omissions, customs, policies, practices and/or procedures by Defendants CITY OF CERES and CERES DEPARTMENT OF PUBLIC SAFETY and DOES 1-20, Plaintiff suffered general damages, including multiple contusions to his head, eye, face and body, and suffered pain in all those areas, headache, soreness, anxiety, emotional distress, depression and post-traumatic stress disorder. Plaintiff further suffered the serious emotional distress arising from the false arrest, indignity, humiliation, incarceration,

and other special and general damages compensable by law, all in an amount according to proof.

37. As a result of the aforesaid acts by Defendants, Plaintiff suffered special damages, including, but not limited to a fee in the amount of $30.00 as a copayment by way of medical examination and treatment with incidental expenses, in an amount not yet ascertained, but according to proof.

38. Plaintiff has incurred and will continue to accrue attorney's fees to vindicate his rights and thus is entitled to an award of reasonable attorney's fees according to proof.

WHEREFORE, Plaintiff prays for judgment as hereinafter set forth.

## SECOND CAUSE OF ACTION

## DAMAGES FOR VIOLATION OF STATE CIVIL RIGHTS

## Cal. Civ. Code §§ 52.1 et seq. and 52.3 et seq.

### (Against all defendants)

39. Plaintiff re-alleges and incorporates by reference each allegation set forth in paragraphs 1 through 38. This Cause of Action is directed against all defendants.

40. In committing the acts herein alleged, Defendants CITY OF CERES and CERES DEPARTMENT OF PUBLIC SAFETY and DOES 1-20 and each of them, used violence against Plaintiff that interfered with, or was an attempt to interfere with Plaintiff's rights under the California Constitution and United States Constitution and Federal and State laws, including, but not limited to, the right to be free from unreasonable searches and seizures secured by the Fourth and Fourteenth Amendments to the Constitution. Such acts were done under color of state law.

41. As direct and proximate result of the actions or omissions alleged herein, Plaintiff sustained injuries and damages as herein set forth, in an amount to be shown according to proof at trial.

42. The conduct of Defendants as alleged herein entitles plaintiff to an award of actual damages, an additional award of up to three times actual damages, a civil penalty, and attorney's fees pursuant to California Civil Code Sections 52 and 52.1.

43. By carrying out the acts described herein, Defendant OFFICER KLINGE, first name unknown, and DOES 1-20, and each of them acted intentionally with malice, fraud, oppression, and/or with reckless disregard for Plaintiff's rights, entitling Plaintiff to punitive damages.

WHEREFORE, Plaintiff prays for judgment as hereinafter set forth.

### THIRD CAUSE OF ACTION

**(Battery committed by unlawful arrest)**

**(Against OFFICER KLINGE, first name unknown)**

44.   Plaintiff alleges and incorporates paragraphs 1 through 43, inclusive, by this reference.

45.   On or about December 29, 2013, plaintiff was lawfully visiting his friends at a private residence located at 2801 Della Drive, Apt. 401, Ceres, County of Stanislaus, State of California. A medical emergency arose to an individual present and emergency services were thereupon summoned.

46. Defendants, CITY OF CERES AND CERES DEPARTMENT OF PUBLIC SAFETY, and OFFICER KLINGE, first name unknown, responded to the location for the medical emergency.

47. Upon entering the private residence, Defendant OFFICER KLINGE, first name unknown, punched Plaintiff repeatedly in the face without cause or legal justification. Plaintiff did not try to resist, obstruct, or delay OFFICER KLINGE, first name unknown, in performing any duties of a peace officer.

48. Plaintiff attempted to cover his head and body from the attack by OFFICER KLINGE, first name unknown, but was caught by surprise and suffered numerous contusions and lacerations to his head and body.

49. In doing the aforesaid acts, Defendants acted with intent to commit unreasonable force and battery upon Plaintiff and make contact with Plaintiff's head and body.

50. After assaulting and battering Plaintiff, OFFICER KLINGE, first name unknown, approached and arrested Plaintiff without any legal justification.

51. Plaintiff is informed and believes and thereon alleges that at the time of the above-described events and at all times mentioned herein, that OFFICER KLINGE, last name unknown, and other Defendants had no warrant for the arrest of Plaintiff or other facts or information that constitued probable cause that Plaintiff ever committed or was about to commit any crime upon which to base any lawful arrest; nor did Defendants have any facts or information that constituted a reasonable suspicion that Plaintiff was involved in any unlawful activity so as to provide grounds for any detention or restraint whatsoever on Plaintiff's freedom of movement, and that Plaintiff's detention and arrest, were therefore unlawful.

52. In doing the acts as alleged above, Defendants acted with the intent to make contact with Plaintiff's person, and thereupon detained and arrested him without any lawful justification.

53. At all times stated herein, Plaintiff found the contact made with his person by Defendants to be harmful and offensive to his person and the arrest to be harmful to his dignity.

54. At no time did Plaintiff consent to any of the aforesaid acts by Defendants.

55. As a result of the aforesaid acts by Defendants, Plaintiff suffered general damages, in an amount according to proof.

WHEREFORE, Plaintiff prays for judgment as hereinafter set forth.

## FOURTH CAUSE OF ACTION

### (False Imprisonment)

### (Against all defendants)

56. Plaintiff alleges and incorporates by reference all of the allegations set forth in paragraphs 1 through 55, inclusive, as though they were fully set forth herein.

57. Defendants, CITY OF CERES AND CERES DEPARTMENT OF PUBLIC SAFETY, at all times herein mentioned, were political subdivisions of the State of California, duly organized and existing under the laws of the State of California.

58. Defendant OFFICER KLINGE, first name unknown, is, and at all times herein mentioned was, employed by Defendants CITY OF CERES AND CERES

DEPARTMENT OF PUBLIC SAFETY as a police officer and in doing the things hereafter alleged, was acting within the course and scope of his employment.

59. On or about May 22, 2014, Plaintiff presented a claim in the amount of $75,000.00 to Defendants CITY OF CERES and CERES DEPARTMENT OF PUBLIC SAFETY through its designated claims representative, as compensatory damages for the injuries and damages suffered and incurred by him by reason of the above-described occurrence, all in compliance with the requirements of Section 905 of the Government Code. A copy of the claim is attached hereto as Exhibit "A" and made a part hereof.

60. On or about June 23, 2014, Defendant CITY OF CERES rejected Plaintiff's claim in its entirety and on June 27, 2014, served its notice of rejection of claim to Plaintiff via United States mail.

61. On or about December 29, 2013, plaintiff was lawfully visiting his friends at a private residence located at 2801 Della Drive, Apt. 401, Ceres, County of Stanislaus, State of California. A medical emergency arose to an individual present at said premises and emergency services were thereupon summoned.

62. Defendants, CITY OF CERES AND CERES DEPARTMENT OF PUBLIC SAFETY, and OFFICER KLINGE, first name unknown, responded to the location solely for the medical emergency.

63. Upon entering the private residence, Defendant OFFICER KLINGE, first name unknown, punched Plaintiff repeatedly in the face without cause or legal justification. Plaintiff did not try to resist, obstruct, or delay OFFICER KLINGE, first name unknown, in performing any duties of a peace officer.

64. Thereafter, OFFICER KLINGE, first name unknown, seized and arrested Plaintiff at said premises, without any warrant or order of commitment, or any other legal authority of any kind, because Plaintiff had not committed any crime or public offense. Defendant OFFICER KLINGE, first name unknown, accused Plaintiff of committing a criminal offense when in fact, no offense had occurred, nor did defendant have probable cause to believe it occurred, or that Plaintiff committed any crime.

65. Defendant OFFICER KLINGE, first name unknown, delivered Plaintiff to the Stanislaus County jail, Stanislaus County, California, where Plaintiff was imprisoned from December 29, 2013, to December 29, 2013, when Plaintiff was finally released.

66. At no time did Plaintiff consent to any of the aforesaid acts by Defendants.

67. The Defendants' actions were wilful, wanton, malicious, oppressive and were included a scheme of continuing conduct justifying an award of exemplary and punitive damages.

68  As a result of the aforesaid acts by Defendants, Plaintiff suffered general damages, in an amount according to proof.

69. As a result of the aforesaid acts by Defendants, Plaintiff suffered special damages, by way of medical examination and treatment with incidental expenses, in an amount not yet ascertained, but according to proof.

## FIFTH CAUSE OF ACTION

## NEGLIGENCE

### (Against all Defendants)

70. Plaintiff realleges and incorporates by reference each allegation set forth in paragraphs 1 through 69.

71. DEFENDANTS owe a duty to Plaintiff to use due care to prevent ulfawful detention and arrest, battery, false imprisonment, intiidation and cooercion, and other tortious behavior from occurring, and, upon learning of such acts, to take prompt and appropriate action to remedy the situation.

72. DEFENDANTS failed and continue to fail to use the due care of a reasonably prudent person, and that required by statutory, regulatory, administrative and common law standards, including in supervising, instructing, training and disciplining OFFICER KLINGE, first name unknown.

73. As a direct and proximate result of this conduct, Plaintiff has suffered physical and emotional injury for which she is entitled to compensatory damages.

WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, as follows:

PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief as follows:

1. Compensatory damages, in an amount according to proof;
2. For punitive damages against the individual Defendants;
3. For an award of up to three times actual damages and civil penalties, pursuant to California Civil Code Sections 52 and 52.1;
4. For reasonable attorney's fees
5. For costs of suit;
6. For prejudgment interest according to proof;
7. Such other relief as the Court deems necessary and proper.

Dated: September 14, 2015

ROBERT J. ANAYA, Attorney for Plaintiff, ALFONSO ZABALA

# Central San Joaquin Valley Risk Management Authority
## City of Ceres

### CLAIM FORM

#### FORM B

(Please Type Or Print)

CLAIM AGAINST: City of Ceres and Ceres Department of Public Safety
(Name of Entity)

Claimant's name: Alfonso Zabala

Telephone number: Attorney 209-522-7500

SS#: 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    DOB: 10-20-73    Gender: Male ✓  Female ___

Claimant's address: 34525 Melissa Terrace, Fremont CA 94555

Address where notices about claim are to be sent, if different from above: 1315 I Street Modesto CA 95354

Date of incident/accident: 12-29-13 and thereafter

Date injuries, damages, or losses were discovered: 12-29-13 and thereafter

Location of incident/accident: 2801 Della Drive Apt 401 Ceres 95307

What did entity or employee do to cause this loss, damage, or injury? Assault, Battery, and Abused Police Authority to injure claimant
(Use back of this form or separate sheet if necessary to answer this question in detail.)

What are the names of the entity's employees who caused this injury, damage, or loss (if known)? Officer Cling (or Klinge possibly), first name unknown

What specific injuries, damages, or losses did claimant receive? Contusions to head, Body, ears, lips, black eye, bleeding - medical bills
(Use back of this form or separate sheet if necessary to answer this question in detail.)

What amount of money is claimant seeking or, if the amount is in excess of $10,000, which is the appropriate court of jurisdiction. Note: If Superior and Municipal Courts are consolidated, you must represent whether it is a "limited civil case" [see Government Code 910(f)] Over $10,000, therefore the appropriate court will be Civil Unlimited Jurisdiction, Stanislaus County

How was this amount calculated (please itemize)? Nominal Medical Expenses, together with a punitive damages award
(Use back of this form or separate sheet if necessary to answer this question in detail.)

Date Signed: 5/21/14    Signature: [signed] (Attorney for Claimant)

If signed by representative:

Representative's Name: Robert J. Anaya    Address: 1315 I Street Modesto CA 95354

Telephone #: 209-522-7500

Relationship to Claimant: Attorney



Risk Management
Human Resources
2720 Second Street
Ceres, CA 95307-3292
(209) 538-5747
Fax (209) 538-5710

CITY COUNCIL
Chris Vierra, Mayor
Mike Kline        Ken Lane
Linda Ryno        Bret Durossette

June 27, 2014

Alfonso Zabala
c/o Robert J. Anaya, Attorney
1315 I Street
Modesto, CA 95354

Subject:   Notice of Rejection of Claim – Alfonso Zabala

Mr. Zabala;

Please see the attached "Notice of Rejection of Claim" regarding your claim submitted to the City of Ceres.

If you have any questions, contact our Risk Management Authority by calling Robert Smoke @ AIMS (209) 523-6488.

Sincerely,

Shirley A. Martin
Human Resources

cc:   AIMS