UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO ZABALA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF CERES; CERES DEPARTMENT OF PUBLIC SAFETY; OFFICER KLINGE, first name unknown; and DOES 1-20;<br><br>　　　　Defendants. | No.　1:15-cv-00904-GEB-SAB<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

　　　　Counsel for each side was issued an Order to Show Cause ("OSC") on October 20, 2015, for failing to file a status report, to which counsel for each side responded. (See ECF Nos. 22, 24.)

　　　　Although the responses to the OSC indicate each side's counsel could be sanctioned, the undersigned judge will not impose a sanction this time. Therefore, no hearing on the OSC is scheduled, notwithstanding the request for a hearing.

Dated:　November 6, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1