Bradley J. Swingle, SBN 171535
Our File No. 10188
**ARATA, SWINGLE, SODHI & VAN EGMOND**
**A Professional Law Corporation**
912 11th Street, First Floor
Post Office Box 3287
Modesto, California 95353
Telephone: (209) 522-2211
Facsimile: (209) 522-2980
bswingle@arata-law.com

Attorneys for Defendants
CITY OF CERES, CERES DEPARTMENT OF PUBLIC SAFETY
and OFFICER KLINGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO ZABALA, | Case No.: 1:15-cv-00904 GEB SAB |
| Plaintiff, | |
| v. | **Honorable Garland E. Burrell, Jr.** |
| | **STIPULATION OF DISMISSAL** |
| CITY OF CERES, ET AL., | |
| Defendants. | |
| _____/ | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their

respective counsel, that this action shall be dismissed pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii), with each party to bear responsibility for its own attorney's fees and costs.

Dated: January 6, 2016.                    LAW OFFICE OF ROBERT J. ANAYA


                                           By   /s/  Robert J. Anaya
                                           Robert J. Anaya
                                           Attorneys for Plaintiff
                                           ALFONSO ZABALA

Dated: January 6, 2016.                    ARATA, SWINGLE, SODHI & VAN EGMOND
                                           A Professional Law Corporation

                                           By:   /s/   Bradley J. Swingle
                                           BRADLEY J. SWINGLE
                                           Attorneys for Defendants
                                           CITY OF CERES, CERES DEPARTMENT OF
                                           PUBLIC SAFETY and OFFICER KLINGE

STIPULATION OF DISMISSAL - 1